Opinion issued July 30, 2026



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00760-CV

————————————

## IN RE ANDRES ROGELIN MARTINEZ, JET SANITATION SERVICE, LLC, AND JET WASTE SERVICES, LP, Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, Andres Rogelin Martinez, Jet Sanitation Service, LLC, and Jet Waste Services, LP, filed a petition for writ of mandamus challenging the trial court's May 5, 2026 order denying relators' "Traditional Motion for Summary Judgment."[1] Relators' petition requested that the Court grant the writ of mandamus

---

[1] The underlying case is *Jose Edgar Reyes and Vilman Jesenia Ferman, Individually and as next friend of J.E.R.J. and J.M.R. v. Andres Rogelin Martinez, Jet Sanitation*

and direct the trial court to "vacate its order denying [r]elators' Traditional Motion for Summary Judgment."

We conclude that relators have failed to establish they are entitled to mandamus relief, and therefore, the Court denies relators' petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan.

---

*Service, LLC, and Jet Waste Services, LP*, Cause No. 2025-79914, in the 164th District Court of Harris County, Texas, the Honorable C. Elliot Thornton presiding.